# EXHIBIT "1"

FILED
Gary Harrison
CLERK, SUPERIOR COURT
1/31/2022 10:44:37 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20220401
HON. MICHAEL BUTLER

Sara Thomas (027803)
**JONES | RACZKOWSKI | THOMAS PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
sthomas@azpremiseslaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF ARIZONA, PIMA COUNTY

| | |
|---|---|
| Irma Gomez, a married woman, individually; | NO. |
| Plaintiff; | **COMPLAINT** |
| v. | |
| Wal-Mart Inc., a Delaware corporation; Stromiga, Inc., a California corporation; Roll-It, LLC, a California limited liability company; CBRE, Inc., a Delaware corporation; Does I-V; | |
| Defendants. | |

Plaintiff Irma Gomez alleges:

1. Plaintiff Irma Gomez is a resident of Pima County, Arizona.

2. Defendant Walmart Inc. is a Delaware corporation that caused an event to occur in Pima County, Arizona and is doing business in Pima County, Arizona.

3. Specifically, Defendant Walmart Inc. was the owner, possessor, operator and/or manager of the retail store premises commonly known as Walmart Neighborhood Market (No. 3357) located at 3925 E. Grant Rd., Tucson, Pima County, Arizona on August 26, 2020.

4. On August 26, 2020, Defendant Walmart, Inc. had the duty to provide its customers with safe ingress and safe egress at its retail store premises commonly known as Walmart Neighborhood Market (No. 3357), located at 3925 E. Grant Rd., Tucson, Pima County, Arizona.

5. Defendant Stromiga, Inc. is a California corporation that caused an event to occur in Pima County, Arizona and is doing business in Pima County, Arizona.

6. Specifically, Defendant Stromiga, Inc. was the owner, possessor, operator and/or manager of the premises, including but not limited to the common area parking lot, situated in front of the Walmart Neighborhood Market located at 3925 E. Grant Rd., Tucson, Pima County, Arizona, on August 26, 2020.

7. Defendant Roll-It, LLC is a California limited liability company that caused an event to occur in Pima County, Arizona and is doing business in Pima County, Arizona.

8. Specifically, Defendant Roll-It, LLC was the owner, possessor, operator and/or manager of the premises, including but not limited to the common area parking lot, situated in front of the Walmart Neighborhood Market located at 3925 E. Grant Rd., Tucson, Pima County, Arizona, on August 26, 2020.

9. Defendant CBRE Inc. is a Delaware corporation that caused an event to occur in Pima County, Arizona and is doing business in Pima County, Arizona.

10. Specifically, Defendant CBRE Inc. was the possessor and/or property manager of the premises located at 3925 E. Grant Rd., Tucson, Pima County, Arizona on August 26, 2020.

11. Does I-V are corporations, partnerships, other entities, or individuals other than Defendant Walmart Inc., Defendant Stromiga, Inc., Defendant Roll-It, LLC, and Defendant CBRE Inc., who owned, possessed, operated and/or managed the premises located at 3925 E. Grant Rd., Tucson, Pima County, Arizona on August 26, 2020 and/or who were otherwise responsible for the unreasonably dangerous condition alleged herein.

12. The actions, omissions and conduct giving rise to this cause of action occurred in Pima County, Arizona, and this Court has subject matter and personal jurisdiction. Venue is appropriate in Pima County pursuant to A.R.S. §12-401.

13. Defendant Walmart Inc., Defendant Stromiga, Inc., Defendant Roll-It, LLC, and Defendant CBRE Inc. and/or Does I-V, as the owners, possessors, operators, and/or managers of the premises located at 3925 E. Grant Rd., Tucson, Pima County, Arizona on August 26, 2020, had an affirmative duty to maintain the premises in reasonably safe condition for the use of business invitees such as Plaintiff and delegation of that duty did not relieve Defendants from their affirmative duty.

14. On August 26, 2020, Plaintiff was walking out of the Walmart located at located at 3925 E. Grant Rd., Tucson, Pima County, Arizona, when she was injured as a direct and proximate result of an unreasonably dangerous condition, specifically a hole in the walkway (uneven walkway surface) caused by deteriorating and crumbling asphalt, as to which Defendant Walmart Inc., Defendant Stromiga, Inc., Defendant Roll-It, LLC, and Defendant CBRE Inc. and/or Does I-V created, had actual or

constructive notice, or were otherwise negligent in allowing to be present on the premises.

15. On August 26, 2020, Plaintiff was walking towards the parking lot when her right foot stepped into a hole situated in the walkway that she did not see causing her to fall to the ground sustaining injuries including but not limited to a fractured right wrist requiring surgical repair and insertion of hardware, and a fractured left toe.

16. Plaintiff has incurred health care expenses for treatment of the injuries caused by Defendants' negligence, and Plaintiff may continue to incur such expenses.

17. Plaintiff has experienced pain, discomfort, suffering, annoyance, mental and emotional distress, loss of enjoyment of life, and other types of general damage because of the injuries caused by Defendants' negligence, and Plaintiff may continue to experience such general damages in the future; the exact amount of Plaintiff's general damages is undetermined, but in excess of the jurisdictional minimum of this Court.

18. Plaintiff further alleges the claimed total damages qualify this matter as a Tier 2 case pursuant to Rule 8(b)(2) and Rule 26.2(c) of the Arizona Rules of Civil Procedure.

WHEREFORE, Plaintiff requests judgment against Defendants for reasonable compensatory damages in excess of this Court's jurisdictional minimum, taxable costs, and all other appropriate relief.

DATED this 31st day of January, 2022.

                              **JONES RACZKOWSKI THOMAS PC**

                              **/s/ Sara Thomas**

                              By Sara Thomas
                              Attorneys for Plaintiff

Efiled.

By: /s/ Sylvia Rivera

# EXHIBIT "2"

#152695

Person/Attorney Filing: Sara Thomas
Mailing Address: 2141 E. Camelback Road Ste.100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)443-2862
E-Mail Address: sthomas@azpremiseslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027803, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Irma Gomez
Plaintiff(s),
v.
Walmart Inc., a Delaware corporation;, et al.
Defendant(s).

Case No. C20220401

**SUMMONS**

HON. MICHAEL BUTLER

To: CBRE, Inc., a Delaware corporation;

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 1/31/2022

Gary Harrison
Clerk of the Superior Court

By: ALAN WALKER /s/
        Deputy Clerk

# EXHIBIT "3"

PERSON/ATTORNEY FILING: Sara Thomas
MAILING ADDRESS: 2141 E. Camelback Road Ste.100
CITY, STATE, ZIP CODE: Phoenix, AZ 85016
PHONE NUMBER: (602)443-2862
E-MAIL ADDRESS: sthomas@azpremiseslaw.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 027803, Issuing State: AZ

FILED
Gary Harrison
CLERK, SUPERIOR COURT
1/31/2022 10:44:37 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20220401
HON. MICHAEL BUTLER

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Irma Gomez
Plaintiff(s),

V.

Walmart Inc., a Delaware corporation;, et al.
Defendant(s).

CASE NO: _____

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b and certifies that this case:

## (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Sara Thomas /s/
SIGNATURE

AZturboCourt.gov Form Set #8493432

# EXHIBIT "4"

# EXHIBIT "4"

## Case Information

| | |
|---|---|
| Case Number: | C20220401 |
| Filing Date: | 1/31/2022 |
| Caption: | WALMART INC., A DELAWARE CORPORATION; ET AL. |
| Judge: | MICHAEL BUTLER |

## Party Information

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| IRMA GOMEZ | Plaintiff | True | |
| WALMART INC., A DELAWARE CORPORATION; | Defendant | True | |
| STROMIGA, INC. A CALIFORNIA CORPORATION; | Defendant | True | |
| ROLL-IT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; | Defendant | True | |
| CBRE, INC., A DELAWARE CORPORATION; | Defendant | True | |

## Case/Document Information

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Motion | Motion | Expedited Motion to Extend Deadline 45 Days to Serve Summons and Complaint on Stromiga, Inc. an | 4/26/2022 | Available at Courthouse |
| Misc | Exhibits | Exhibit A | 4/26/2022 | Available at Courthouse |
| Misc | Certificate | Certificate of Service for Stromiga, Inc. c/o Steve Benjamin | 4/13/2022 | Available at Courthouse |
| CourtNotice | Notice Of Impending Dismissal | NOTICE OF IMPENDING DISMISSAL | 4/7/2022 | Available |
| Affidavit | Certificate Of Service | CERTIFICATE OF SERVICE | 4/6/2022 | Available at Courthouse |
| Affidavit | Certificate Of Service | CERTIFICATE OF SERVICE | 4/6/2022 | Available at Courthouse |
| Affidavit | Certificate Of Service | CERTIFICATE OF SERVICE | 4/6/2022 | Available at Courthouse |
| Open | Petition & Complaint | Complaint | 1/31/2022 | Available at Courthouse |
| Misc | Documents/Records Filed | Civil Cover Sheet | 1/31/2022 | Available at Courthouse |

| Arbitration | Fastar Certificate | FASTAR Certificate | 1/31/2022 | Available at Courthouse |
| --- | --- | --- | --- | --- |
| Summons | Summons/Subpoena | Summons | 1/31/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 1/31/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 1/31/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 1/31/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 1/31/2022 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts 3448949 | 1/31/2022 | Available at Courthouse |