# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irma Gomez, | No. CV-22-00207-TUC-JAS (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Wal-Mart Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' joint Stipulation to Dismiss All Claims With Prejudice (Doc. 62). Good cause appearing,

**IT IS HEREBY ORDERED APPROVING** the parties' joint Stipulation to Dismiss All Claims With Prejudice (Doc. 62) and **DENYING** all pending motions as moot.

**IT IS FURTHER ORDERED DISMISSING** this action with prejudice with each party to bear his/her/its own attorneys fees and costs.

Dated this 11th day of October, 2023.

Honorable James A. Soto
United States District Judge